IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AARON BOYD, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-235
)
INTERNATIONAL PAPER COMPANY, )
WAYNE STANFIELD, and DARRELL )
DALEY, )
)
    Defendants. )
)

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA